IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT FUENTES,

    Petitioner,               No. 2:10-cv-2873 MCE JFM (HC)

    vs.

GREG LEWIS, et al.,

    Respondents.        <u>ORDER</u>

                              /

        On June 3, 2011, respondent requested an extension of time to file a response pursuant to the court's order of April 22, 2011. On June 15, 2011, respondent filed a motion to dismiss.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondent's June 3, 2011 request for an extension of time is granted; and

        2. Respondent's motion to dismiss is deemed timely filed.

DATED: July 5, 2011.

                                            UNITED STATES MAGISTRATE JUDGE

/014;fuen2873.111