IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT FUENTES,

        Petitioner,               No. 2:10-cv-2873 MCE JFM (HC)

   vs.

GREG LEWIS, et al.,

        Respondents.        <u>ORDER</u>

                           /

        Petitioner has requested an extension of time to file an opposition to the June 15, 2011 motion to dismiss. On July 11, 2011, however, the undersigned issued findings and recommendations recommending that the motion to dismiss be denied. Accordingly, IT IS HEREBY ORDERED that petitioner's request is denied as moot.

DATED: July 18, 2011.

                                                UNITED STATES MAGISTRATE JUDGE

/014;fuen2873.111(2)