IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT FUENTES,

     Petitioner,             No. 2:10-cv-2873 MCE JFM (HC)

  vs.

GREG LEWIS, et al.,

     Respondents.        <u>ORDER</u>

_____/

     Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This action was stayed on September 12, 2011 pending petitioner's exhaustion of claims in the California Supreme Court.  Petitioner has now requested that the stay be lifted.

     Good cause appearing, IT IS HEREBY ORDERED that:

     1.  Petitioner's motion to lift stay is granted;

     2.  Respondents are directed to file an answer within forty-five days from the date of this order.  <u>See</u> Rule 4, Rules Governing Section 2254 Cases.  Respondents shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases; and

/////

1

1        3.  Petitioner's traverse, if any, is due on or before thirty days from the date

2  respondents' answer is filed.

3  DATED: November 15, 2011.

4

5

6                                  UNITED STATES MAGISTRATE JUDGE

7  /014;fuen2873.stay.lift

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26