IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT FUENTES,

    Petitioner,               No. 2:10-cv-2873 JFM (HC)

    vs.

GREG LEWIS, et al.,

    Respondents.        <u>ORDER</u>

_____/

        On February 27, 2012, petitioner filed a motion to expand the record with his state habeas petition and two requests filed concurrently therewith. Respondent has filed an objection, noting that the documents have already been filed as Lodged Document 6, which is petitioner's November 18, 2010 petition for writ of habeas corpus filed in the California Supreme Court. Upon review of the docket and the files lodged in this case, IT IS HEREBY ORDERED that petitioner's February 27, 2012 motion to expand the record is denied as moot.

DATED: March 12, 2012.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/014;fuen2873.jo(3)